## 17897.   FELDER *v.* THE STATE.

LUKE, J.   The defendant was indicted for murder and was convicted of voluntary manslaughter. The verdict is amply supported by the evidence. *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED APRIL 12, 1927.

Manslaughter; from Pulaski superior court—Judge Graham. November 11, 1926.

*H. E. Coates,* for plaintiff in error.

*M. H. Boyer,* solicitor-general, contra.

Homicide, 30 C. J. p. 317, n. 69.